U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 0 9 2015

TONY R. MOORE, CLERK
BY _____
       DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| DONALD CHRISTOPHER BURGO #197078 | CIVIL ACTION NO. 6:15-cv-00303 |
| VS. | SECTION P |
| | JUDGE RICHARD T. HAIK, SR. |
| WARDEN LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE C. MICHAEL HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation Magistrate Judge previously filed herein, and after an independent review of the record including the objections and additional objections filed by petitioner, *R. 12; 14,* and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that petitioner's successive Application for Writ of *Habeas Corpus* be **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

**IT IS FURTHERED ORDERED** that any request by Burgo for this Court to intervene into the Louisiana succession action of his deceased adoptive father, James Samuel Burgo, be **DISMISSED**.

**IT IS FURTHERED ORDERED** that Burgo's Motion for a Preliminary Injunction [Rec. Doc. 9] be **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 9th day of April, 2015.

_____
RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE